Gentlecare Ambulatory Anesthesia Services; Lyonel F. Paul, M.D., as Assignee of Brumaire, Yanick, Respondent,
against
Travelers Insurance Company, Appellant.




Law Office of Aloy O. Ibuzor (Miriam Granov, Esq.), for appellant.
The Rybak Firm, PLLC (Damin J. Toell, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered November 18, 2014. The order denied defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from an order of the Civil Court which denied defendant's motion for summary judgment dismissing the complaint.
Contrary to defendant's contention, the Civil Court correctly denied defendant's motion for summary judgment, which was based upon defendant's allegation that plaintiff had failed to provide requested verification. While defendant made a prima facie showing that it had not received the requested verification, the affidavit plaintiff submitted in opposition to defendant's motion was sufficient to give rise to a presumption that the requested verification had been mailed to, and received by, defendant (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]). In light of the foregoing, there is a triable issue of fact as to whether the action is premature (see Compas Med., P.C. v Praetorian Ins. Co., 49 Misc 3d 152[A], 2015 NY Slip Op 51776[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]).
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 19, 2017